THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SARAH SILVER, Appellant.

*Appeal — failure to file return.*

People v. *Silver*, 202 App. Div. 744, appeal dismissed.

(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1922, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of violating section 50 of the Insurance Law.

The motion was made upon the ground of failure to file the required return.

*Joab H. Banton, District Attorney,* for motion.

*William Otis Badger, Jr.,* opposed.

Motion granted.